**Order entered December 30, 2013**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-00999-CV

---

## LOUIS MARTIN, JR., Appellant

## V.

## U.S. MERCHANTS FINANCIAL GROUP, INC., Appellee

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-15757**

---

## ORDER

We **GRANT** appellant's December 23, 2013 unopposed motion to supplement the clerk's record and **ORDER** Dallas County District Clerk Gary Fitzsimmons to file a supplemental clerk's record containing a copy of the "Order Granting Martin's Motion to Quash Service of Process for Lack of Personal Jurisdiction." The record shall be filed no later than January 6, 2014.

We **DIRECT** the Clerk of the Court to send copies of this order to Gary Fitzsimmons, Dallas County District Clerk, and the parties.

/s/ ELIZABETH LANG-MIERS
JUSTICE